IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER J. MANCUS,** | CIV-S-06-0079 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JIM POPE, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED.  Respondent's response is due on April 15 2006.

Dated:  3/27/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

man79.eot

1