IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. MANCUS,<br><br>   Petitioner,<br><br>   v.<br><br>JIM POPE, et al.,<br><br>   Respondents. | CIV-S-06-0079 GEB GGH P<br><br>  ] ORDER |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 15, 2006.

Dated: April 25, 2006

GREGORY G. HOLLOWS
The Honorable Gregory G. Hollows

[Proposed] Order

1