IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. MANCUS,

             Petitioner,                  2:06-cv-0079-GEB-GGH-P

    vs.

JIM POPE, et al.,

             Respondents.         <u>ORDER</u>

_____/

        Petitioner, an attorney proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 23, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        The findings and recommendations are supported by the record and proper analysis; therefore it is ORDERED that:

        1.  The findings and recommendations filed April 23, 2007, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is denied.[1]

Dated:  June 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]      The findings and recommendations also contain an order to show cause regarding why Petitioner should not be sanctioned $2500.00.  The magistrate judge imposed this sanction in an order filed May 18, 2007.  Petitioner has not timely sought reconsideration of that order, as prescribed by Local Rule 72-303(b) ("Rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten (10) court days calculated from the date of service of the ruling on the parties.").