IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. MANCUS,

    Petitioner,                   2:06-cv-0079-GEB-GGH-P

    vs.

JIM POPE, et al.,

    Respondents.             <u>ORDER</u>

_____/

        Petitioner has timely filed a notice of appeal of this court's June 14, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1       For the reasons set forth in the magistrate judge's April 23, 2007, findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.  Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5  Dated: June 25, 2007

                                    /s/ Garland E. Burrell, Jr.
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge