IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. MANCUS,

    Petitioner,        No. CIV S-06-0079 GEB GGH P

   vs.

JIM POPE, et al.,

    Respondents.    <u>ORDER</u>

_____/

        On May 28, 2007, the court ordered petitioner to pay to the court within sixty days monetary sanctions in the amount of $2500 for his violation of Fed. R. Civ. P. 11. This money has not been paid.

        Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall pay to the court $2500 or, in the alternative, file a declaration addressing why payment cannot be made; such declaration shall be limited to petitioner's financial condition and shall not take issue with the final resolution of this case that sanctions should be paid.

DATED: 05/22/08

        /s/ Gregory G. Hollows

        _____
        UNITED STATES MAGISTRATE JUDGE

mancus.ord