IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J. MANCUS,

        Petitioner,                  No. CIV S-06-0079 GEB GGH P

     vs.

JIM POPE, et al.,

        Respondents.          <u>ORDER</u>

                            /

        On May 28, 2007, the court ordered petitioner to pay to the court within sixty days monetary sanctions in the amount of $2500 for his violation of Fed. R. Civ. P. 11.  This money has not been paid.  On May 22, 2008, the court ordered petitioner to either pay to the court $2500 or file a declaration addressing why payment cannot be made.

        On June 9, 2008, petitioner filed a declaration addressing why payment cannot be made.  Because petitioner cannot afford to pay the sanctions, the order to pay sanctions is withdrawn.

/////

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that the May 28, 2007, order to

2  petitioner to pay sanctions is withdrawn.

3  DATED: 09/24/08

                       /s/ Gregory G. Hollows

4                    _____

                       UNITED STATES MAGISTRATE JUDGE

5  mancus.dis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26